**Electronically Filed
Supreme Court
SCWC-13-0000022
15-APR-2014
08:51 AM**

SCWC-13-0000022

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

EDEN L. PANADO, Petitioner/Appellant-Appellant,

vs.

BOARD OF TRUSTEES EMPLOYEES' RETIREMENT SYSTEM STATE OF HAWAII,
Respondent/Appellee-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000022; CIV. NO. 12-1-0151-01)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Castagnetti, assigned by reason of vacancy)

Petitioner/Appellant-Appellant Eden L. Panado's application for writ of certiorari filed on March 4, 2014, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, April 15, 2014.

Philip W. Miyoshi
for petitioner

David M. Louie,
Patricia Ohara, and
Elmira K.L. Tsang
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Jeannette H. Castagnetti

